**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AJF Custom Homes, LLC, | No. CV 09-1690-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| American Family Mutual Insurance Company, | |
| Defendant. | |

On September 9, 2009, the Court ordered Defendant to file an amended notice of removal that properly alleged federal subject matter jurisdiction. (Doc. #10). When pleading diversity jurisdiction and one of the parties is an LLC, the party must plead the citizenship of each member of the LLC. *See Johnson v. Columbia Properties Anchorage*, 437 F.3d 894, 899 (9th Cir. 2006)(discussing citizenship of limited liability companies).

Defendant filed an Amended Notice of Removal on September 22, 2009. (Doc. #12). The Amended Notice alleges complete diversity of the parties and alleges that the member/manager of the Plaintiff LLC, AJF Custom Homes, LLC, is Alan J. Fernandez with "an address of P.O. Box 27705, Scottsdale, Arizona 85255." (Doc. #12, p. 2). As the Court informed Defendant at today's Rule 16 Scheduling Conference, a P.O. Box does not establish a person's residency, let alone citizenship.

The Court therefore finds that the Amended Notice of Removal again fails to sufficiently plead jurisdiction. Defendant did not seek leave to file another Amended Notice of Removal at the Scheduling Conference, and, as stated in its earlier Order, the Court will not sua sponte grant Defendant further leave to do so.

Accordingly,

**IT IS ORDERED** remanding this case to state court for lack of federal jurisdiction.

DATED this 5th day of October, 2009.

James A. Teilborg
United States District Judge